IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RULE 3011

**LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS**

| IN THE MATTER OF: | CASE NUMBER: |
|---|---|
| LANCASTER, MICHAEL SHANE<br>LANCASTER, JENNIFER LYNETTE | 05-19228 |
| | DEBTOR(S) |

| CLAIMANT: | LAST KNOWN ADDRESS: | AMOUNT |
|---|---|---|
| Michael Shane Lancaster<br>Jennifer Lynette Lancster | 27 County RD 112<br>Corinth, MS 38834 | $487.15 |

On September 25, 2007, the Court Clerk issued a Notice of Duty to File Document Showing Debtors(s)' correct Mailing address. As of this date, the aforesaid address has not been updated. The Trustee is unable to pay the aforesaid funds to the Debtor(s) as he does not have a current address. Therefore, the aforesaid funds are being paid into the registry of the Court.

Attached hereto is a copy of this Court's Order approving the Trustee's Final Account and Report.

Respectfully submitted, on this the 2nd day of May, 2008.

_____
HENRY J. APPLEWHITE, TRUSTEE
MS. Bar Number 1609

P.O. Box 724
Aberdeen, MS 39730
(662) 369-7783

{0007568.DOC}

## CERTIFICATE OF SERVICE

I, Henry J. Applewhite, do hereby certify that I have on this date placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing <u>List of Unclaimed Funds, Claimants and Amounts</u> to the following:

Michael Shane & Jennifer Lynette Lancaster
27 County Rd. 112
Corinth, MS 38834

Hon. Gertrude A. Reid
Attorney at Law
Law Offices of Gertrude A. Reid
P.O. Box 1925
Corinth MS 38834

Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

This the 2nd day of May, 2008.

HENRY J. APPLEWHITE

{0007568.DOC}